## George Loverde and Vito Loverde, Appellants, v. Consumers Petroleum Company, Appellee.

Gen. No. 42,807.

Heard in the second division, first district, this court at the October term, 1943; opinion filed November 6, 1945; released for publication November 20, 1945. Julius S. Neale and Frank M. Kelly, for appellants; Walter E. Moss, of counsel; Andrew J. Farrell, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.